IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AVRIL C. DODSON, | ) Case No. 1:17cv00637 |
| | ) |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON |
| | ) |
| v. | ) MAGISTRATE JUDGE |
| | ) THOMAS M. PARKER |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) **REPORT AND RECOMMENDATION** |
| Defendant. | ) |

*Pro se* plaintiff Avril C. Dodson filed a complaint in this matter on March 27, 2017, seeking judicial review of the social security administration's denial of her claim for benefits. Doc. 1.  Defendant Commissioner of Social Security filed an answer and transcript on June 5, 2017.  Docs. 12 & 13.  On June 22, 2017, Dodson requested counsel be appointed on her behalf. Doc. 14.  This court denied Dodson's request for counsel a few days later, finding that the appointment of counsel in a civil matter requires exceptional circumstances not present in this case.  Doc. 15.  Dodson's response to the Commissioner's answer was due no later than July 20, 2017.  On September 18, 2017, after Dodson failed to file her response, I issued an order requiring Dodson to file her brief on or before September 28, 2017, or show cause for her inability to do so.  To date Dodson has not filed her brief on the merits or a response to the show cause order.  Accordingly, I recommend the court DISMISS Dodson's case for failure to prosecute.

Dated: October 3, 2017

/s/ Thomas M. Parker
Thomas M. Parker
United States Magistrate Judge

---

**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may waive the right to appeal the District Court's order. See *U.S. v. Walters*, 638 F.2d 947 (6th Cir. 1981). See also *Thomas v. Arn,* 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).