PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

AVRIL C. DODSON,                    )
                                    )    CASE NO. 1:17CV637
                 Plaintiff,         )
                                    )
        v.                          )    JUDGE BENITA Y. PEARSON
                                    )
COMMISSIONER OF SOCIAL SECURITY     )
ADMINISTRATION,                     )
                                    )    **MEMORANDUM OF OPINION AND**
                 Defendant.         )    **ORDER** [Regarding ECF No. 17]


        *Pro Se* Plaintiff Jeanette Darlene filed a Complaint in this matter, seeking judicial review

of the Social Security Administration's denial of her claim for benefits. ECF No. 1.  The Court

referred the case to Magistrate Judge Thomas M. Parker for preparation of a Report and

Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  Magistrate Judge

Parker submitted a Report, recommending that the Court dismiss the case for failure to prosecute.

ECF No. 17.

        Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be

filed within 14 days after service.  Plaintiff has not filed any objections, evidencing satisfaction

with the magistrate judge's recommendations.  Any further review by this Court would be a

duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813

(6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*,

932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

(1:17CV637)

Accordingly, the Court adopts the magistrate judge's Report and Recommendation.  The

Court dismisses this matter, without prejudice, due to Plaintiff's failure to prosecute.


IT IS SO ORDERED.


  January 5, 2018                          /s/ Benita Y. Pearson
Date                                      Benita Y. Pearson
                                          United States District Judge